/2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

JOSEPH ARTURO YBARRA  §
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　CIVIL ACTION B-98-91
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
VENUS PAULINE RAWSON　　　§
CELADON TRUCKING SERV.S, INC., §

United States District Court
Southern District of Texas
ENTERED
DEC 28 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Final Order of Dismissal

1.  Defendant CELADON TRUCKING SERV.S, INC.'S 12(b)(1) motion to dismiss (Dkt. No. 5) is GRANTED.

2.  Plaintiff JOSEPH ARTURO YBARRA, a citizen of Texas, concedes in his response (Dkt. No. 10) that Defendant VENUS PAULINE RAWSON is a citizen of Texas, therefore, there is no complete diversity in this case. 28 U.S.C. §1332(a).

IT IS THEREFORE ORDERED that this case be DISMISSED for lack of subject matter jurisdiction.

SIGNED _December 17_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge